# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ACA INTERNATIONAL,<br><br>        Plaintiff,<br><br>v.<br><br>MAURA HEALEY, IN HER OFFICIAL CAPACITY AS MASSACHUSETTS ATTORNEY GENERAL<br><br>        Defendant. | Civil Action No. 1:20-cv-10767-RGS |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff ACA International ("ACA") respectfully provides notice that one of the authorities cited in its complaint and pending motion for preliminary injunctive relief will be updated as of Monday, May 4, 2020.

In its Complaint for Declaratory and Injunctive Relief ("Complaint"), ACA cites (and attaches as an exhibit) Supreme Judicial Court Order OE-144, *Order Regarding Court Operations Under the Exigent Circumstances Created by COVID-19 (Coronavirus) Pandemic* ("Original SJC Order").  (CM/ECF No. 2 at 21 ¶ 64 & Exhibit 3.)   ACA incorporates this citation into its Memorandum of Law in Support of Plaintiff's Emergency Motion For a Temporary Restraining Order and Preliminary Injunction at page 15.  (CM/ECF No. 7 at 15) (citing Complaint ¶¶ 64-67).

On April 27, 2020, the Supreme Judicial Court ("SJC") issued Order OE-144, *Updated Order Regarding Court Operations Under the Exigent Circumstances Created by COVID-19 (Coronavirus) Pandemic* ("Updated SJC Order").  A copy of the Updated SJC Order is attached to this Notice as <u>Exhibit A</u>.  Among other things, the Updated SJC Order extends deadlines and

tolling periods and makes other administrative adjustments.  It becomes effective, and supersedes the Original SJC Order, on Monday, May 4, 2020.

Dated:  April 28, 2020

> Respectfully submitted,
>
> ACA INTERNATIONAL
>
> By its attorneys,
>
>  /s/ David M. Bizar
> David M. Bizar (BBO# 566795)
> Seyfarth Shaw LLP
> Seaport East, Suite 300
> Two Seaport Lane
> Boston, MA 02210-2028
> Telephone:  (617) 946-4874
> Fax:  (617) 790-5368
> Email:  dbizar@seyfarth.com
>
> Robert J. Carty, Jr. (admitted *pro hac vice*)
> Seyfarth Shaw LLP
> 700 Milam Street
> Suite 1400
> Houston, TX 77002
> Telephone:  (713) 225-2300
> Fax:  (713) 225-2340
> Email:  rcarty@seyfarth.com

## **CERTIFICATE OF SERVICE**

I certify that this document has been filed electronically and is available for viewing and downloading from the ECF system.  I further certify this document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 28, 2020.

>  /s/ David M. Bizar
> David M. Bizar