UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ACA International

    Plaintiff

  v.                                                       CIVIL ACTION NO. 1:20-10767-RGS

Maura Healey
*in her official capacity as*
*Massachusetts Attorney General*

    Defendant

## SETTLEMENT ORDER OF DISMISSAL

STEARNS, D.J.

    The court having been advised by the parties on January 13, 2021 that the above-entitled action has settled:

    It is ORDERED that this action is hereby dismissed, without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within (30) days if settlement is not consummated.

                                                      By the court,

Dated: January 13, 2021                        /s/ Arnold Pacho
                                                              Deputy Clerk